**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6144**

TAVARRAS RHODES,

        Petitioner - Appellant,

    v.

JENNIFER SAAD,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:19-cv-00004-JPB)

Submitted:  June 25, 2020                   Decided:  July 8, 2020

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tavarras Rhodes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tavarras Rhodes, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2018) petition without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rhodes v. Saad*, No. 5:19-cv-00004-JPB (N.D.W. Va. Jan. 6, 2020); *see also Braswell v. Smith*, 952 F.3d 441, 450 (4th Cir. 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
